TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
MARLA K. LETELLIER, CSBN 234969
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (415) 977-8928
    Facsimile: (415) 744-0134
    Email: Marla.Letellier@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN SUE ANDERSON, | No. 2:20-cv-03962-SHK |
| Plaintiff, | [PROPOSED] JUDGMENT OF REMAND |
| v. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

| | |
|---|---|
| 1 | The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrently with the Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand. |

DATED: May 13, 2021



HON. SHASHI H. KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE

Proposed Order re Stipulation for Extension of Briefing Schedule

1