IRENE RUZIN, Attorney at Law (CSB #125763)
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, CA 91436
Tel:  818 325-2888
Fax: 818 325-2890
Email: ireneruzin@gmail.com

Attorney for Plaintiff, KAREN SUE ANDERSON

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KAREN SUE ANDERSON,<br>    Plaintiff,<br>v.<br>ANDREW M. SAUL,<br>Commissioner of Social Security,<br>    Defendant. | Case No.: CV 20-03962 SHK<br><br>[~~PROPOSED~~] ORDER AWARDING EAJA FEES<br><br>SHASHI H. KEWALRAMANI<br>UNITED STATES MAGISTRATE JUDGE |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), **IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount of FIVE THOUSAND SEVEN HUNDRED EIGHTY DOLLARS ($5,780.00) (the "AGREED AMOUNT") as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: June 28, 2021

_____
SHASHI H. KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE